ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br>vs.<br><br>TWILIGHT HOMEOWNERS ASSOCIATION; RBBE REAL ESTATE INVESTMENTS, LLC; DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION;  and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:     2:16-cv-02208-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE A RESPONSE TO TWILIGHT HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiff Bank of America, N.A. (**BANA**) and Defendant Twilight Homeowners Association (**Twilight**) stipulate and agree as follows:

Twilight filed a motion to dismiss on October 24, 2016, and BANA's response to the motion is due on November 7, 2016.  ECF NO. 13.  The parties agree to extend the deadline for BANA to file its Response to November 14, 2016.  An extension is necessary to afford BANA the opportunity to adequately respond to Twilight's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases.

This is the first request related to BANA's response and the seven-day extension is not

{39922156;1}                                                     1

submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 2nd day of November, 2016.

| AKERMAN LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| By: */s/ Vatana Lay*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | By: */s/ Siria L. Gutierrez*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>SIRIA L. GUTIERREZ, ESQ.<br>Nevada Bar No. 11981<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Twilight Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE

Dated this __5__ day of December, 2016.

{39922156;1}    2