LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*Twilight Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>TWILIGHT HOMEOWNERS ASSOCIATION; RBBE REAL ESTATE INVESTMENTS, LLC; DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION; and HOMEOWNER ASSOCIATION SERVICES, INC.;<br><br>Defendants. | CASE NO.:   2:16-cv-02208-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |
| DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION,<br><br>Counter-Claimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counter-Defendants. | |

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Plaintiff, BANK OF AMERICA, N.A. (BANA) and Defendants, TWILIGHT HOMEOWNERS ASSOCIATION (HOA), and DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION (Daly), (collectively, the Parties), by and through their attorneys of record, hereby stipulate and agree as follows in accordance with LR6-1 and LR 26-4:

The parties have completed discovery; however, before incurring further expense, the parties wish to explore potential settlement of this matter, which would also conserve valuable judicial resources should the parties successfully resolve their dispute without need for further judicial intervention.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days up to and until June 11, 2018[1], to file their respective Motions for Summary Judgment.

This is the Parties first request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

Dated this 20th day of April, 2018                    Dated this 20th day of April, 2018

LIPSON NEILSON P.C.                                   AKERMAN, LLP

/s/ Amber M. Williams                                /s/ Vatana Lay
_____                      _____
Kaleb D. Anderson, Esq.                              Ariel E. Stern, Esq.
Amber M. Williams, Esq.                              Vatana Lay, Esq.
9900 Covington Cross Drive, Suite 120                1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89144                              Las Vegas, NV 89134
*Attorneys for Twilight Homeowners*                  *Attorneys for Bank of America, N.A.*
*Association*

///

///

///

---

[1] Thirty calendar days from the current deadline of May 11, 2018 is June 10, 2018, which is a Sunday. Thus, the next business day is Monday, June 11, 2018.

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Dated this <u>20th</u> day of April, 2018

KUNG & BROWN

*/s/ Georlen Spangler*

_____
AJ Kung, Esq.
Georlen Spangler, Esq.
214 South Maryland Parkway
Las Vegas, NV 89101
*Attorneys for Daly Property Management*
*Corporation a/k/a Daly Management*
*Corporation*

## ORDER

      IT IS HEREBY ORDERED that the Parties shall have an extension of thirty (30) days up to and until June 11, 2018, to file their respective Motions for Summary Judgment.

      DATED: ___<u>May 4</u>___, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

LIPSON NEILSON P.C.

*/s/ Amber M. Williams*

_____
Kaleb D. Anderson, Esq.
Amber M. Williams, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Twilight Homeowners*
*Association*

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512