A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
gspangler@ajkunglaw.com
*Counsel for Daly Property Management*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> TWILIGHT HOMEOWNERS ASSOCIATION; RBBE REAL ESTATE INVESTMENTS, LLC; DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION; and HOMEOWNER ASSOCIATION SERVICES, INC., <br><br> Defendants. | CASE NO.: 2:16-cv-02208-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(SECOND REQUEST)** |
| DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION <br><br> Counter-claimants, <br><br> vs. <br><br> BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Counter-defendants. | |

Defendants, DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION ("Daly"), and Plaintiffs BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP'S ("BANA") and Defendants TWILIGHT HOMEOWNERS ASSOCIATION ("HOA"), hereinafter, ("the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows in accordance with LR6-1 and LR 26-4;

The Parties have completed discovery; and require additional time to file Motions for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of seven (7) days, up to and until June 18, 2018, to file their respective Motions for Summary Judgment.

This is the Parties second request for extension of dispositive motion deadline. This request is not intended to cause any delay or prejudice to any party.

DATED this 8th day of June, 2018.

LIPSON NEILSON P.C.

*/s/ Amber M. Williams*
Kaleb D. Anderson, Esq.
Amber M. Williams, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Twilight Homeowners Association*

DATED this 8th day of June, 2018.

AKERMAN, LLP

*/s/ Vatana Lay*
Ariel E. Stern, Esq.
Vatana Lay, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

DATED this 8th day of June, 2018.

KUNG & BROWN

*/s/ Georlen K. Spangler*
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Counsel for Daly Property Management*

# ORDER

IT IS SO ORDERED that the Parties shall have an extension of seven (7) days up to and until June 18, 2018, to file their respective Motions for Summary Judgment.

DATED this 18th day of June, 2018.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

KUNG & BROWN

*/s/ Georlen K. Spangler*
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Counsel for Daly Property Management*