A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
gspangler@ajkunglaw.com
*Counsel for Daly Property Management*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>TWILIGHT HOMEOWNERS ASSOCIATION; RBBE REAL ESTATE INVESTMENTS, LLC; DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:16-cv-02208-GMN-PAL<br><br>**STIPULATION AND ORDER TO STAY BRIEFING PENDING OUTCOME OF SETTLEMENT CONFERENCE** |
| DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION<br><br>Counter-claimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counter-defendants. | |

Defendants, DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION ("Daly"), and Plaintiffs BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP'S ("BANA") and Defendants TWILIGHT HOMEOWNERS ASSOCIATION ("HOA"), hereinafter, ("the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows in accordance with LR6-1 and LR 26-4;

On June 11, 2018, BANA filed their Motion for Summary Judgment, responses to which are due on July 2, 2018.

On June 18, 2018, HOA filed their Motion for Summary Judgment, responses to which are due on July 9, 2018.

On June 18, 2018, the Court issued an Order Scheduling a Settlement Conference for September 27, 2018.

In light of the settlement conference, The Parties agree to stay the briefing on BANA's and the HOA's Motions for Summary Judgment until after the settlement conference. Therefore,

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of twenty-one (21) days after the settlement conference, up to and including, October 18, 2018, to file their respective Responses to BANA's and the HOA's Motion for Summary Judgment and shall have fourteen (14) days thereafter to file the Reply to the Responses.

This request is not intended to cause any delay or prejudice to any party and is made in order to allow the Parties time to engage in good faith settlement discussions.

DATED this 20th day of June, 2018.

LIPSON NEILSON P.C.

/s/ Amber M. Williams
Kaleb D. Anderson, Esq.
Amber M. Williams, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Twilight Homeowners Association*

DATED this 20th day of June, 2018.

AKERMAN, LLP

/s/ Vatana Lay
Ariel E. Stern, Esq.
Vatana Lay, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

DATED this 20th day of June, 2018.

KUNG & BROWN

*/s/ Georlen K. Spangler*
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Counsel for Daly Property Management*

## **ORDER**

IT IS SO ORDERED that the Parties shall have an extension of twenty-one (21) days after the settlement conference, up to and including, October 18, 2018, to file their respective Responses to BANA's and the HOA's Motion for Summary Judgment and shall have fourteen (14) days thereafter to file the Reply to the Responses.

DATED this  30  day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

KUNG & BROWN

*/s/ Georlen K. Spangler*
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Counsel for Daly Property Management*