ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TWILIGHT HOMEOWNERS ASSOCIATION; RBBE REAL ESTATE INVESTMENTS, LLC; DALY PROPERTY MANAGEMENT CORPORATION a/k/a DALY MANAGEMENT CORPORATION; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02208-GMN-VCF<br><br>**STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>**(Second Request)** |

Bank of America, N.A. (**BANA**) and Twilight Homeowners Association (**HOA**) (collectively **Parties**)[1], by and through their respective counsel, hereby stipulate and agree to continue the briefing schedule on the Parties' motions for summary judgment as follows:

BANA filed a motion for summary judgment on June 11, 2018. A response to BANA's motion for summary judgment was due on July 2, 2018. HOA filed a motion for summary judgment on June

---

[1] Defendant RBBE Real Estate Invesments, LLC was defaulted on December 2, 2016. An order granting counsel for Defendant Daly Property Management's motion to withdraw was entered on August 23, 2018. Daly Property Management has not been participating in the litigation since its attorney withdrew.

46719876;1

18, 2018. A response to HOA's motion for summary judgment was due on July 9, 2018. On June 30, 2018, the court granted a stipulation to stay the dispositive motion briefing pending a settlement conference on September 27, 2018. The order extended the time to respond to BANA and HOA's motions for summary judgment to October 18, 2018 and the time to file replies to November 1, 2018.

It is hereby stipulated and agreed BANA's response to HOA's motion for summary judgment and HOA's response to BANA's motion for summary judgment shall be due on November 2, 2018. The Parties replies to the motions for summary judgments shall be due on November 16, 2018.

The Parties agree this extension is not intended to cause delay or prejudice, but to accommodate counsel's schedule and conflicts with the current deadline.

Dated this 17th day of October, 2018.　　　　　　Dated this 17th day of October, 2018.

**LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.**　　**AKERMAN LLP**

*/s/ Amber M. Williams*　　　　　　　　　　　*/s/ Vatana Lay*
KALEB D. ANDERSON, ESQ.　　　　　　　　MELANIE D. MORGAN, ESQ.
Nevada Bar No. 7582　　　　　　　　　　　　Nevada Bar No. 8215
AMBER M. WILLIAMS, ESQ.　　　　　　　　VATANA LAY, ESQ.
Nevada Bar No. 12301　　　　　　　　　　　Nevada Bar No. 12993
9900 Covington Cross Drive, Suite 120　　　　1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89144　　　　　　　　　　Las Vegas, Nevada 89134

*Attorneys for Twilight Homeowners Association*　　*Attorneys for Bank of America, N.A,*

**IT IS SO ORDERED.**

Dated this  18  day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2

46719876;1